Decision Per Curiam.

Willie Vaughn by his next friend, A. C. Clewis. Plaintiff in Error, vs. Peninsular Telephone Company, a corporation, Defendant in Error.

(Supreme Court of Florida, *En Banc,* July 12, 1905.)

Writ of Error to Circuit Court, Hillsborough County; Joseph B. Wall, Judge.

*P. O. Knight* and *H. C. Gordon,* for Plaintiff in Error.

*J. J. Lunsford,* for Defendant in Error.

This action was brought by the plaintiff in error against the defendant in error. There was judgment for the defendant and the plaintiff takes writ of error. The judgment is affirmed.